IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEPHEN DANTE ELDRIDGE, JR., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-21-3200 |
| JOSHUA STACKHOUSE, et al.,[1] | * | |
| Defendants. | * | |

\*\*\*

## ORDER

Plaintiff Stephen Dante Eldridge, Jr., filed the above-captioned Complaint alleging that he was subjected to an illegal search and seizure by Joshua Stackhouse with the Baltimore City Police Department on April 30, 2019. (Compl. at 2, ECF No. 1).

Because complaints drafted by self-represented plaintiffs are held to a less stringent standard than those drafted by attorneys, a plaintiff who submits an inartfully pled complaint that includes a potentially cognizable claim should have the opportunity to particularize the complaint to define the issues and to name proper defendants. See Johnson v. Silver, 742 F.2d 823, 825 (4th Cir. 1984). Eldridge will be granted twenty-eight days in which to file a supplement to the Complaint. In supplementing the Complaint, Eldridge must provide additional information regarding any criminal action brought against him as a result of the alleged illegal search and seizure. He should include the court where any

---

[1] The Clerk shall be directed to amend the docket to add Defendant Baltimore City Police Department, who is listed as a Defendant in the Complaint. (Compl. at 1).

criminal action was filed, the criminal case number, the results of the criminal proceedings, and information on the status of any pending matters in the criminal case.

Eldridge is reminded that case law citations or submission of exhibits with the Complaint are not required; however, if an exhibit would assist the Court and the named Defendants in understanding the basis of this Complaint, the exhibit should be included.

Accordingly, it is this 18th day of February, 2022, by the United States District Court for the District of Maryland, hereby:

ORDERED that the Clerk shall ADD the Baltimore City Police Department as a Defendant to this action;

IT IS FURTHER ORDERED that Eldridge is GRANTED twenty-eight days from the date of this Order to file a Supplement to the Complaint; and

IT IS FURTHER ORDERED that Eldridge is FOREWARNED that failure to comply with this Order in the time specified will result in dismissal of the Complaint without prejudice and without further notice from the Court.

/s/
George L. Russell, III
United States District Judge